JARED M. THOMPSON (SBN 261942)
BREHMER LAW CORPORATION
1200 Truxtun Ave., Suite 120
Bakersfield, CA 93301
(661) 447-4384 (phone)

Attorney for Defendant
ERIK MACIEL-JIMINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK MACIEL-JIMINEZ,<br><br>Defendant | Case No. 1:19-CR-00033 LJO/SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE & ORDER**<br><br>**Date: April 1, 2019**<br>**Time: 1:00 p.m.** |

The Defendant, ERIK MACIEL-JIMINEZ, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Vincente Tennerelli, hereby stipulate as follows:

1. The status conference in this matter is currently set for April 1, 2019, at 1:000 p.m.
2. The defense is still in the process of reviewing the Mr. Maciel-Jiminez's immigration file and reviewing the contents of the file with him. Defense counsel requires additional time to complete its review of the discovery and to consult with his client, including discussions of possible plea negotiations.
3. The defense is requesting that Mr. Maciel-Jiminez's status conference be continued to May 20, 2019, at 1:00 p.m., or the next available date thereafter.
4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the sentencing hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Joint Stipulation of all parties to Continue Status Conference- 1

**IT IS SO STIPULATED.**

DATED: March 28, 2019                     Brehmer Law Corporation

                                          By: /s/ Jared M. Thompson
                                          Jared M. Thompson, Attorney for
                                          Defendant, Erik Maciel-Jiminez


DATED: March 28, 2019                     United States Attorney's Office

                                          By: /s/ Vincente Tennerelli
                                          Vincente Tennerelli
                                          Assistant United States Attorney

## ORDER

The parties' request to continue the status conference currently set on April 1, 2019, at 1:00 p.m., to May 20, 2019, at 1:00 p.m., is GRANTED. Time is excluded through May 20, 2019, pursuant to the Speedy Trial Act, for the reasons outlined in the Stipulation.

IT IS SO ORDERED.

Dated: __**March 29, 2019**__                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE