IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK LUIS MACIAL-JIMENEZ<br><br>Defendant. | Case No.: 1:19-CR-00033-001 LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on September 30, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith ON THIS CASE ONLY. This Order in no way addresses any potential or existing Immigration or Deportation issues or holds.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**September 30, 2019**__    _____/s/ Lawrence J. O'Neill_____
                                                                    UNITED STATES CHIEF DISTRICT JUDGE